# KB Krautkramer & Block LLC
## LAW FIRM
### GET YOUR LEGAL LIFE IN ORDER

3544 Stewart Ave 🏠
Wausau, WI 54401
715.842.2162 📞
715.350.2482 📠
www.krautkramerblock.com 🖱

**NATHANIEL J. KRAUTKRAMER**    nathan@krautkramerblock.com ✉
**JAMES V. BLOCK**    jim@krautkramerblock.com ✉

## INVOICE

Ed and Lisa Ullman
W9591 Cty Rd F
Antigo, Wi 54409

| | |
|---|---:|
| Invoice Date | January 21, 2016 |
| Invoice Number | 10333 |
| Invoice Amount | $3,180.00 |
| Payments: | $(2,310.00) |
| **Now Due:** | ~~$870.00~~  $200 |

**Matter:** Chapter 13 Bankruptcy 16-20346

### Attorney's Fees

| Date | Description | Atty | Hours | Amount | Adj |
|---|---|---|---|---|---|
| 12/8/2015 | Initial consultation regarding chapter 13 bankruptcy | J.V.B. | 1.00 | No Charge | |
| 12/11/2015 | Meeting with Edward and Lisa to review questionnaire and documentation requested. | N.J.K. | 0.50 | ~~$100.00~~ | $0 |
| 12/11/2015 | Questionnaire Conference with Lisa Ullman | J.V.B. | 1.00 | $200.00 | |
| 12/16/2015 | Assign client a file number, create paper folder for client, update info in rocket matter, Create Firm Standard | A.G. | 0.20 | ~~$20.00~~ | $0 |
| 12/22/2015 | Review all docs brought in during Questionnaire conference and rename and scan all into Ullman Bankruptcy Case File | A.G. | 0.70 | ~~$70.00~~ | $0 |
| 12/23/2015 | Begin Preliminary Draft, create case, add general information, name, marital status, employment information, begin to enter asset information | A.G. | 2.00 | ~~$200.00~~ | $100 |
| 12/23/2015 | Finish adding asset information to preliminary drafts, begin adding creditor information | A.G. | 0.40 | $40.00 | |
| 12/28/2015 | Continue adding creditor information | A.G. | 1.00 | ~~$100.00~~ | $0 |
| 12/28/2015 | Preliminary Draft; enter in both debtor pay stub information into Means Test | A.G. | 1.00 | $100.00 | |
| 12/28/2015 | Preliminary Draft; Enter in all expenses into budget section | A.G. | 1.00 | ~~$100.00~~ | $0 |
| 12/30/2015 | Continue rename and organize client bankruptcy case file, Draft letter to client regarding preliminary drafts | A.G. | 0.50 | ~~$50.00~~ | $0 |
| 12/30/2015 | Email to client regarding preliminary drafts | J.V.B. | 0.20 | $40.00 | |
| 1/7/2016 | Review file; Prepare chapter 13 plan payment analysis | J.V.B. | 0.80 | $160.00 | |
| 1/7/2016 | Prepare for signing conference and organize paperwork to return and items still needed | J.V.B. | 0.80 | $160.00 | |
| 1/7/2016 | Discuss with clients missing information needed; Update schedules and means test with missing paystubs and other information needed | J.V.B. | 1.00 | $200.00 | |

| Date | Description | Attorney | Hours | Amount | |
|---|---|---|---|---|---|
| 1/7/2016 | Prepare analysis for taxes and means test going-forward | J.V.B. | 0.50 | $100.00 | |
| 1/7/2016 | Prepare revised plan payment analysis for hypothetical chapter 13 bankruptcy filing; Review same with client | J.V.B. | 0.50 | $100.00 | |
| 1/7/2016 | Review budget and schedules with clients; Discuss means test issues; Discuss clients needing new vehicle; Discuss issue with option to lien strip 2nd mortgage; Discuss clients desire to obtain BPO on home and review whether replacement vehicle may be obtained | J.V.B. | 1.00 | $200.00 | |
| 1/11/2016 | Conference with Lisa regarding broker's price opinion on home; Discuss rescheduling signing conference to determine whether new vehicle is needed | J.V.B. | 0.40 | $80.00 | |
| 1/18/2016 | Telephone message for clients regarding status of case and signing conference scheduled today; Prepare draft chapter 13 plan | J.V.B. | 1.00 | $200.00 | |
| 1/18/2016 | Draft special provision for Ch 13 Plan regarding 2nd mortgage lien stripped and treated as unsecured creditor | J.V.B. | 0.20 | $40.00 | |
| 1/18/2016 | Telephone conference from Lisa Ullman regarding replacement vehicle purchased; Discuss loan through Wells Fargo with 9.9% interest rate at $330.89 per month for 4 years | J.V.B. | 0.30 | $60.00 | |
| 1/18/2016 | Review file; Prepare for siging conference | J.V.B. | 0.30 | $60.00 | |
| 1/18/2016 | Conference with clients regarding changes to bankruptcy plan and schedules due to purchase of needed new vehicle; Revise same | J.V.B. | 0.50 | $100.00 | |
| 1/18/2016 | Chapter 13 signing conference; Review plan; Review plan payment analysis; Discuss steps going-forward | J.V.B. | 1.00 | $200.00 | |
| 1/18/2016 | File bankruptcy, chapter 13 plan and related paperwork | J.V.B. | 0.30 | $60.00 | |
| 1/19/2016 | Update client management system with bankruptcy filing information; Update firm standard documents with bankruptcy filing information; Note bankruptcy case number and filing date on paper file; Organize file and file away | A.G. | 0.50 | ~~$50.00~~ | $0 |
| 1/19/2016 | Print copy of and mail filed petition and schedules and chapter 13 plan to clients | A.G. | 0.30 | ~~$30.00~~ | $0 |
| 1/21/2016 | Review 341 Notice for Ullman; Begin 341 Notice checklist; Telephone message for Attorney Foscato regarding covering meeting of creditors | A.G. | 0.50 | ~~$50.00~~ | $0 |
| **SUBTOTAL** | | | **19.40** | ~~**$2,870.00**~~ | |
| | | | | **$2,200.00** | |

| | Costs | | |
|---|---|---|---|
| 1/18/2016 | Ch 13 Filing Fee | | $310.00 |
| **SUBTOTAL** | | | **$310.00** |

## Matter Ledgers

| | | | |
|---|---|---:|---:|
| **1/21/2016** | Balance before last invoice | | $0.00 |
| **1/21/2016** | Funds transferred from Trust | | $(2,310.00) |
| **1/21/2016** | Invoice 10333 | ~~$3,180.00~~ | $2510.00 |
| **SUBTOTAL** | | ~~$870.00~~ | $200.00 |

## Trust Account

| | | |
|---|---|---:|
| **1/21/2016** | Previous Balance | $0.00 |
| **12/16/2015** | Ck #0001592932 from Covantage - $1,000.00 - advance payment of fees. | $1,000.00 |
| **12/21/2015** | Ck #1596897 - $1,310.00 - advance payment of fees. | $1,310.00 |
| **1/21/2016** | Advanced fees withdrawn from Trust - Chapter 13 Bankruptcy 16-20346 | $(2,310.00) |
| **AVAILABLE IN TRUST** | | $0.00 |

## INVOICE SUMMARY

| | | |
|---|---:|---:|
| **TOTAL** | ~~$3,180.00~~ | $2510.00 |
| **PREVIOUS BALANCE DUE** | | $0.00 |
| **CURRENT BALANCE DUE AND OWING** | ~~$870.00~~ | $200.00 |

Payment is due immediately. Please make checks or money orders made payable to *Krautkramer & Block LLC*. If you have any questions, please call (715) 842-2162 Monday through Friday 8:00 a.m. – 4:30 p.m.

NOTICE: Funds from your trust account will be applied as shown on this invoice unless we receive a written objection within five (5) business days of the invoice date.

**Thank you!** We appreciate your business.