# KB Krautkramer & Block LLC
## LAW FIRM
### GET YOUR LEGAL LIFE IN ORDER

3544 Stewart Ave
Wausau, WI 54401
715.842.2162
715.350.2482
www.krautkramerblock.com

NATHANIEL J. KRAUTKRAMER
JAMES V. BLOCK

nathan@krautkramerblock.com
jim@krautkramerblock.com

| | INVOICE |
|---|---|
| **Ed and Lisa Ullman**<br>**W9591 Cty Rd F**<br>**Antigo, Wi 54409** | |
| Invoice Date | March 18, 2016 |
| Invoice Number | 10422 |
| Invoice Amount | $630.00 |
| Payments: | $0.00 |
| **Now Due:** | **$1,120.00** |

**Matter:** Chapter 13 Bankruptcy 16-20346

### Attorney's Fees

| Date | Description | Initials | Hours | Amount | |
|---|---|---|---|---|---|
| 1/22/2016 | Review Order to Pay Wages; Copy to client | J.V.B. | 0.10 | $20.00 | |
| 1/26/2016 | Telephone conference with Attorney Greg Holbus regarding covering meeting of credtiors in Green Bay; Email Attorney Holbus regarding same | J.V.B. | 0.20 | $40.00 | |
| 1/28/2016 | Review email from Gray and Associates; Copy to client | J.V.B. | 0.20 | $40.00 | |
| 1/29/2016 | 341 Notice Procedure. Draft letter to clients regarding meeting of creditors, add map to greenbay, attach 341 Notice and prep sheets. Prepare envelope to send by US mail; Send the same in email to clients | A.G. | 0.40 | $40.00 | $0.00 |
| 1/29/2016 | Letter to Attorney Holbus regarding covering meeting of creditors; Email to clients regarding same and copy of letter on meeting of creditors sent by mail | J.V.B. | 0.20 | $40.00 | |
| 2/1/2016 | Review 2nd class filed; Have Form 423 filed | J.V.B. | 0.20 | $40.00 | |
| 2/1/2016 | Email to Trustee Garcia regarding paystubs prior to filing; Copy to client | J.V.B. | 0.10 | $20.00 | |
| 2/1/2016 | Review email containing Credit Counseling Certificates and transfer to client's bankruptcy court e-file to save | A.G. | 0.20 | $0.00 | |
| 2/1/2016 | Re-file Debtors Certification Form 423 with bankruptcy court | A.G. | 0.30 | $0.00 | |
| 2/5/2016 | Review email from clients regarding 2015 tax returns; Reply to email regarding needing to turn over 1/2 of tax refunds to ch 13 trustee; Email to Trustee Garica copies of tax returns | J.V.B. | 0.20 | $40.00 | |
| 2/9/2016 | Telephone conference with Ed regarding cosigning truck loan Oct 2013 with and received summons and complaint; Received today February 9, 2016; Discuss needing to amend bankruptcy to list creditor | J.V.B. | 0.20 | $40.00 | |
| 2/10/2016 | Conference with Lisa regarding adding additional | J.V.B. | 0.50 | $100.00 | |

| | | | | | |
|---|---|---|---|---|---|
| | creditor Honor Credit Union; Add creditor to Sch F, add co-debtor to Sch H, Amend SOFA; Letters to Ullman regarding amended schedules and needing to review and sign under penalty of perjury | | | | |
| **2/16/2016** | Draft Affidavit of Mailing for service of bankruptcy notice to Attorney Ball and Honor Credit Union; File Affidavit of Mailing with the bankruptcy court | A.G. | 0.30 | ~~$30.00~~ | $0.00 |
| **2/25/2016** | Review proof of claims by Wells Fargo on vehicle; Copy to client | J.V.B. | 0.10 | $20.00 | |
| **2/25/2016** | Review proof of claims by Honor Credit Union; Copy to client | J.V.B. | 0.20 | $40.00 | |
| **3/2/2016** | Review email from Trustee Garcia regarding paystub information requested; Email same | J.V.B. | 0.10 | $20.00 | |
| **3/4/2016** | Review Notice of dismissal for by Honor Credit Union; Email to client regarding same | J.V.B. | 0.10 | $20.00 | |
| **SUBTOTAL** | | | **3.60** | ~~**$550.00**~~ | **$480.00** |

## Costs

| | | |
|---|---|---|
| **1/29/2016** | Firm Ck #1127 to Greg Holbus, for 341 mtg fee for Green Bay. | $50.00 |
| **2/16/2016** | Court Filing Fee for Amended Schedule E/F | $30.00 |
| **SUBTOTAL** | | **$80.00** |

## Matter Ledgers

| | | | |
|---|---|---|---|
| **1/21/2016** | Balance before last invoice | $(2,310.00) | |
| **1/21/2016** | Invoice 10333 | ~~$3,180.00~~ | $200.00 |
| **3/18/2016** | Invoice 10422 | ~~$630.00~~ | $480.00 |
| **SUBTOTAL** | | ~~**$1,500.00**~~ | **$680.00** |

## Trust Account

| | | |
|---|---|---|
| **3/18/2016** | Previous Balance | $350.00 |
| **1/29/2016** | Ck #1608513 - $350.00 - advance payment of adversary case filing fee. | $350.00 |
| **2/18/2016** | Cash#172880, $30.00, Advanced Costs for Court Filing Fee | $30.00 |
| **AVAILABLE IN TRUST** | | **$380.00** |

| INVOICE SUMMARY | | |
|---|---|---|
| **TOTAL** | ~~$630.00~~ | **$480.00** |
| **PREVIOUS BALANCE DUE** | ~~$870.00~~ | **$200.00** |
| **CURRENT BALANCE DUE AND OWING** | ~~$1,120.00~~ | **$860.00** |

**Payment is due immediately. Please make checks or money orders made payable to *Krautkramer & Block LLC*. If you have any questions, please call
(715) 842-2162 Monday through Friday 8:00 a.m. – 4:30 p.m.**

**NOTICE: Funds from your trust account will be applied as shown on this invoice unless we receive a written objection within five (5) business days of the invoice date.**

**<span style="color:maroon">Thank you!</span> We appreciate your business.**